1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for Otis Hunt**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otis Hunt, | CASE NO.:   Civ S. 04-2621 GGH |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| Joanne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 20, 2005.  The extension is needed due to press of business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.

Dated: 5/19/05  /s/Peter Brixie
PETER BRIXIE
Attorney at Law

Attorney for Plaintiff

Dated: 5/19/05
By:  /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: 5/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

hunt2621.eot05