1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for Otis Hunt**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 **Otis Hunt,**                              ) **CASE NO.:   Civ S. 04-2621 GGH**
                                               )
11                           **Plaintiff,**    ) **Stipulation and Order Extending Time to**
                                               ) **File and Serve Motion**
12 **vs.**                                     )
                                               )
13 **Joanne B. Barnhart, Commissioner of**    )
   **Social Security,**                        )
14                                             )
                               **Defendant.**  )
15                                             )

16

17
        IT IS HEREBY STIPULATED by and between the parties, through their respective
18
   undersigned attorneys, and with the permission of the Court as evidenced below, that the
19
   Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
20
   extended to the new filing date of July 18, 2005.  The extension is needed due to press of
21
   business in plaintiff's attorney's office.
22

This is the 2nd request for extension by plaintiff.

Dated: 6/20/05                                  /s/Peter Brixie_____
                                                PETER BRIXIE
                                                Attorney at Law

                                                Attorney for Plaintiff

Dated: 6/20/05
                                    By:    /s/Bobbie J. Montoya_____
                                           BOBBIE J. MONTOYA
                                           Assistant U. S. Attorney

                                           Attorney for Defendant

                              \_\_ooo\_\_

APPROVED AND SO ORDERED.  NO FURTHER EXTENSIONS.

Dated: 6/22/05                             /s/ Gregory G. Hollows
                                    By:    _____
                                           GREGORY G. HOLLOWS
                                           United States Magistrate Judge

hunt2621.eot06